FILED
JUN 23 2008
U.S. COURT OF FEDERAL CLAIMS

IN THE UNITED STATES COURT OF FEDERAL CLAIMS

NORTH STAR ALASKA HOUSING CORPORATION,

Plaintiff,

v.

THE UNITED STATES,

Defendant.

No. 08-460 C

## NOTICE OF DIRECTLY-RELATED CASES

PLEASE TAKE NOTICE that on the 23rd day of June 2008, Plaintiff North Star Alaska Housing Corporation ("North Star") filed a two-count complaint against the United States of America ("Government") for breach of contract and for breach of the duty of good faith and fair dealing arising out of a lease agreement ("Lease") between North Star and the Government for a 400-unit Army housing complex on Fort Wainwright, Alaska known as Birchwood Homes, which was entered into by virtue of the authority of 10 U.S.C. § 2828, as amended by Section 801 of Public Law 98-115 ("Section 801").

The instant Complaint involves the same Lease as five previous complaints filed by North Star in this Court against the Government. Those cases, *North Star Alaska Housing Corp. v. United States,* Civil Action Nos. 98-168C, 02-1632C, 03-2699C, 04-1396C, and 05-930C in the United States Court of Federal Claims, were assigned to Judge Allegra.

By Order dated September 2, 2004, Case Nos. 98-168C, 02-1632C and 03-2699C were consolidated under the caption 98-168C. On April 15, 2008, the court issued its judgment in Case No. 98-168C, and there is presently pending Plaintiff's Motion for Attorneys' Fees and Litigation Expenses and Plaintiff's Motion to Correct Clerical Error in the April 15, 2008

Judgment. On October 29, 2007, the parties filed a stipulation to a Voluntary Dismissal of Civil Action Nos. 04-1396C and 05-930C.

Dated: June 23, 2008

Respectfully Submitted,

Paul W. Killian/Thomas P. McLish

PAUL W. KILLIAN
Akin Gump Strauss Hauer & Feld LLP
1333 New Hampshire Ave. N.W.
Washington, D.C. 20036-1564
Telephone: (202) 887-4000
Facsimile: (202) 887-4288

**CERTIFICATE OF FILING**

I hereby certify that a true and correct copy of the foregoing Notice of Directly-Related Cases was served by first-class U.S. mail, postage pre-paid, this 23rd day of June 2008, on:

Timothy P. McIlmail
Commercial Litigation Branch
Civil Division
Department of Justice
Attn: Classification Unit, 8th floor
1100 L Street, NW
Washington, DC 20530

Attorney for Defendant

Mary Ellen Moltumyr
Mary Ellen Moltumyr