# In The United States Court of Federal Claims

No. 08-460C

(Filed: December 5, 2008)

_____

NORTH STAR ALASKA HOUSING
CORPORATION,

          Plaintiff,

  v.

THE UNITED STATES,

          Defendant.

_____

**ORDER**

_____

On December 2, 2008, a preliminary status conference was held in this case. Participating in the conference were Paul Killian, for plaintiff, and Timothy McIlmail, for defendant. Based on discussions during the conference, it was agreed that:

1. On or before April 30, 2009, discovery shall be completed.

2. On or before May 14, 2009, the parties shall file a joint status report indicating how this case should proceed.

3. On September 21, 2009, trial shall commence in this case at the United States Court of Federal Claims, National Courts Building, 717 Madison Place, N.W., Washington, D.C. 20005.

**IT IS SO ORDERED.**

                                              s/ Francis M. Allegra
                                              Francis M. Allegra
                                              Judge