# In The United States Court of Federal Claims

No. 08-460C

(Filed:  March 23, 2009)
_____

NORTH STAR ALASKA HOUSING
CORPORATION,

        Plaintiff,

  v.

THE UNITED STATES,

        Defendant.
_____

**ORDER**
_____

On March 20, 2009, the parties filed a joint motion to stay the proceedings.

1. The parties' motion to stay is **GRANTED** and proceedings in this case are hereby **STAYED** until May 7, 2009.

2. On or before May 7, 2009, the parties shall file a joint status report on the status of settlement negotiations.

**IT IS SO ORDERED.**

                                                  s/ Francis M. Allegra
                                                  Francis M. Allegra
                                                  Judge